■ ROBERT CUTSOGEORGE, Appellant, v HERTZ CORPORATION et al., Respondents. [658 NYS2d 77] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Lerner, J.), dated August 21, 1996, which denied his motion for a unified trial on the issues of liability and damages.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

As a general rule, questions of liability and damages in a negligence action represent distinct and severable issues which should be tried and determined separately *(see,* CPLR 603; *Rothbard v Woolworth Co.,* 233 AD2d 434; *Martinez v Town of Babylon,* 191 AD2d 483; *Armstrong v Adelman Automotive Parts Distrib. Corp.,* 176 AD2d 773; *see also,* 22 NYCRR 202.42). It is only where the nature of the injuries sustained has an important bearing on the issue of liability that a joint trial on both issues is permitted *(see, Dulin v Maher,* 200 AD2d 707; *Amato v Hudson County Montessori School,* 185 AD2d 803). Here, the plaintiff failed to show a need to introduce evidence of the injuries he suffered in order to establish liability. Accordingly, the Supreme Court properly denied his application

for a unified trial *(see, Dulin v Maher, supra)*. Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.